# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2025

SEAN F. McAVOY, CLERK

ARKANGEL D. HOWARD,

)
)
*Plaintiff* )
v. )        Civil Action No.  4:24-cv-05121-MKD
SGT. DENNIS HUGGINS, C/O DEREK ANDERSON, )
and C/O CHRISTOPHER ESQUIVEL, )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Second Amended Complaint, ECF No. 23, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke

Date: 5/27/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams